IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TAGGET WILLIAMS,              )
                             )
        Petitioner,          )
                             )     CIVIL ACTION NO.
        v.                   )     2:21cv516-MHT
                             )        (WO)
ALAN COHEN, Warden,          )
                             )
        Respondent.          )
```

OPINION

Pursuant to 28 U.S.C. § 2241, petitioner, a federal
inmate, filed this lawsuit seeking habeas relief.  This
lawsuit is now before the court on the recommendation
of the United States Magistrate Judge that the petition
be dismissed without prejudice for lack of jurisdiction
or, in the alternative, denied with prejudice on the
merits.  There are no objections to the recommendation.
After an independent and de novo review of the record,
the court adopts the magistrate judge's recommendation
only to the extent that it recommends dismissal without

prejudice for lack of jurisdiction.  As the court need not reach the merits, it declines to do so.

DONE, this the 18th day of September, 2024.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE

2