IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TAGGET WILLIAMS,            )
                            )
     Petitioner,            )
                            )      CIVIL ACTION NO.
     v.                     )         2:21cv516-MHT
                            )             (WO)
ALAN COHEN, Warden,         )
                            )
     Respondent.            )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 16) is adopted to the extent that it recommends dismissal without prejudice for lack of jurisdiction.

(2) The 28 U.S.C. § 2241 petition (Doc. 1) is dismissed without prejudice for lack of jurisdiction.

It is further ORDERED that costs are taxed against

petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 18th day of September, 2024.

                                      /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE